IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Criminal Action No. 06-mj-07026-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL J. PETHICK,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

---

    It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED at Denver, Colorado this ____ day of July, 2006.

BY THE COURT:

_____
Daniel B. Sparr, Senior Judge

_____  _____
Counsel for Plaintiff                                Counsel for Defendant