IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-mj-07026

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MITCHELL J. PETHICK,

Defendant.

MINUTE ORDER

ORDER ENTERED BY SENIOR U.S. DISTRICT COURT JUDGE DANIEL B. SPARR

Defendant's Motion for New Trial [Filed 7/22/2006, Document 44] is hereby DENIED.

Dated: August 8, 2006