IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE: Craig B. Shaffer

Shawn Schroeder, Deputy Clerk

Date: November 15, 2006
Violation/Case Number:   06-mj-07026

FTR / CD

UNITED STATES OF AMERICA

Capt. Lauren Doyle

v.

MITCHELL PETHICK

Phillip Ogden

---

( ) INITIAL APPEARANCE   ( ) ARRAIGNMENT   (X) SENTENCING   ( )

Court in Session: 10:28     Court in Recess: 11:06          Time in Court: 38 minutes

Defendant present with counsel for sentencing. Mr. Ogden advises court that he has recently filed a Motion to Determine Appropriate Forum for Purposes of Appeal [Document 77, Filed November 15, 2006]. The court states that this filing will not have any bearing on today's proceedings.

Defendant has no objections or challenges to PSI. Government has no objections or challenges to PSI. Defendant addresses court stating he believes that whatever sentence the court gives will be appropriate.

Court sentences defendant to fifteen (15) days incarceration; one year supervised release; Level II drug/alcohol education; 96 hours of Level II drug/alcohol therapy; 48 hours of community service, 2 with MADD organization. $300.00 fine; $25.00 special assessment.

Court addresses Motion for Release and for Stay Pending Appeal [Document 75, Filed November 8, 2006]. Arguments of counsel. Motion is DENIED. Defendant is remanded to custody of US Marshal. Court shall recommend credit of one day.

Hearing Concluded.